*NONCONFIDENTIAL*

# United States Court of Appeals for the Federal Circuit

---

SISVEL S.p.A.,
*Appellant*

v.

TCT MOBILE INTERNATIONAL LIMITED, TCT MOBILE, INC., TCT MOBILE (US) INC., TCT MOBILE (US) HOLDINGS, INC., TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, HONEYWELL INTERNATIONAL INC., SIERRA WIRELESS, ULC, TELIT CINTERION DEUTSCHLAND GMBH, f/d/b/a Thales DIS AIS Deutschland GmbH,
*Appellees.*

---

2023-1123

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00678

**APPELLANT SISVEL S.P.A.'S UNOPPOSED MOTION TO RESCHEDULE ORAL ARGUMENT**

Andrew DeMarco
ademarco@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010

*Attorney for Appellant Sisvel S.p.A.*

February 28, 2024

FORM 9. Certificate of Interest                                    Form 9 (p. 1)
                                                                   March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 2023-1123

**Short Case Caption** Sisvel S.p.A. v. TCT Mobile International Limited

**Filing Party/Entity** Sisvel S.p.A.

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 02/28/2024            Signature: /s/ Andrew DeMarco

                            Name: Andrew DeMarco

FORM 9. Certificate of Interest                                                            Form 9 (p. 2)
                                                                                           March 2023

| **1. Represented Entities.** Fed. Cir. R. 47.4(a)(1). | **2. Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | **3. Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☐ None/Not Applicable |
| Sisvel S.p.A. |  | Sisvel International S.A. |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

☐   Additional pages attached

**FORM 9. Certificate of Interest** Form 9 (p. 3)
March 2023

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable ☐ Additional pages attached

| Timothy Devlin (Devlin Law Firm) | Neil Benchell (Devlin Law Firm) | Andrew DeMarco (Devlin Law Firm) |
| --- | --- | --- |
| | | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below)   ☐ No   ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable ☐ Additional pages attached

| | | |
| --- | --- | --- |
| | | |
| | | |

**REDACTED VERSION**

The redacted material on this page describes the nature of Mr. Gajarsa's health and medical condition.

Pursuant to the Federal Rule of Appellate Procedure 34(b), Appellant Sisvel International S.A. ("Sisvel") respectfully moves unopposed to reschedule the oral argument in this appeal calendared for March 8, 2024.

Arguing counsel for Sisvel, Robert J. Gajarsa, is scheduled to present oral argument on behalf of Sisvel [MEDICAL CONDITION] and he will not be able to appear on March 8, 2024. Other counsel representing Sisvel in this appeal are not able to appear next week to substitute for Mr. Gajarsa in light of preparation requirements, travel, and/or professional conflicts. Accordingly, Sisvel respectfully moves to reschedule oral argument calendared for March 8, 2024.

Counsel for Appellees was contacted regarding this motion and stated that there is no opposition; no response will be filed.

*REDACTED VERSION*

February 28, 2024                    Respectfully submitted,

                                                            DEVLIN LAW FIRM LLC

                                                            */s/ Andrew DeMarco*
                                                            Andrew DeMarco
                                                            1526 Gilpin Avenue
                                                            Wilmington, DE 19806
                                                            (302) 449-9010
                                                            ademarco@devlinlawfirm.com

                                                           *Attorney for Appellant*
                                                           *Sisvel S.p.A.*

# CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing brief complies with the relevant type-volume limitations of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it has been prepared in a proportionally spaced typeface in 14-point font and includes 166 words, excluding the parts exempted under those Rules.

*/s/ Andrew DeMarco*
Andrew DeMarco

*Attorney for Appellant
Sisvel S.p.A.*

*NONCONFIDENTIAL*

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2024 a true and correct copy of the foregoing NONCONFIDENTIAL UNOPPOSED MOTION TO RESCHEDULE ORAL ARGUMENT was electronically filed and served through the Clerk of the Court for the United States Court of Appeals for the Federal Circuit through the Court's CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: February 28, 2024

*/s/ Andrew DeMarco*
Andrew DeMarco