NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SISVEL S.P.A.,**
*Appellant*

v.

**TCT MOBILE INTERNATIONAL LIMITED, TCT MOBILE, INC., TCT MOBILE (US) INC., TCT MOBILE (US) HOLDINGS, INC., TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, HONEYWELL INTERNATIONAL INC., SIERRA WIRELESS, ULC., TELIT CINTERION DEUTSCHLAND GMBH F/D/B/A THALES DIS AIS DEUTSCHLAND GMBH,**
*Appellees*

---

2023-1123

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00678.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Sisvel S.p.A. moves unopposed to reschedule oral argument in the above-captioned appeal.[1] The panel of judges that will decide the appeal has determined that oral argument is unnecessary. See Fed. R. App. P. 34(a)(2).

Accordingly,

IT IS ORDERED THAT:

(1) The oral argument scheduled for March 8, 2024, is canceled. The appeal will be submitted on the briefs without oral argument on that date.

(2) Sisvel's motion is denied as moot.

FOR THE COURT

February 29, 2024
Date

Jarrett B. Perlow
Clerk of Court

---

[1] The title of the motion indicates it is filed by Sisvel S.p.A., but the body of the motion indicates it is filed by non-party Sisvel International S.A. The court understands this motion to be filed by Sisvel S.p.A., and the court expects the parties will take appropriate action should the caption require modification.