# United States Court of Appeals for the Federal Circuit

_____

**SISVEL S.P.A.,**
*Appellant*

v.

**TCT MOBILE INTERNATIONAL LIMITED, TCT MOBILE, INC., TCT MOBILE (US) INC., TCT MOBILE (US) HOLDINGS, INC., TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, HONEYWELL INTERNATIONAL INC., SIERRA WIRELESS, ULC., TELIT CINTERION DEUTSCHLAND GMBH F/D/B/A THALES DIS AIS DEUTSCHLAND GMBH,**
*Appellees*

_____

2023-1123

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00678.

_____

**MANDATE**

_____

In accordance with the judgment of this Court, entered March 19, 2024, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

April 25, 2024
Date



Jarrett B. Perlow
Clerk of Court